THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BROWN, Appellant.— Judgment of conviction unanimously reversed, the information dismissed

and the defendant discharged from custody. (See *People* v. *Hendricks*, 232 App. Div. 186.) Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.